United States District Court
Southern District of Texas
**ENTERED**
October 08, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| MICHAEL POTOSKY,<br>"Plaintiff," | §<br>§<br>§ | |
| v. | § | Civil Action No. 1:26-cv-00667 |
| CORE, LLC D/B/A CORE MEDICINE and<br>BECHTEL CORPORATION,<br>"Defendants." | §<br>§<br>§<br>§ | |

**ORDER**

Before the Court is "Plaintiff's Opposed Motion to Remand" (Dkt. No. 3) ("Motion to Remand"), "Defendant Core, LLC's Amended Response in Opposition to Plaintiff's Motion to Remand" (Dkt. No. 10), and the Magistrate Judge's "Report and Recommendation Denying Motion to Remand" (Dkt. No. 12) ("R&R"). The R&R recommends that the Court deny the Plaintiff's Motion to Remand (Dkt. No. 3). Dkt. No. 12 at 6.

Objections to the R&R were due October 7, 2026. No objections were filed. If there have been no objections to the magistrate's ruling, the Court reviews the magistrate judge's conclusions for clear error. *See Guillory v. PPG Indus.*, 434 F.3d 303, 308 (5th Cir. 2005).

Finding no clear error, abuse of discretion, or finding contrary to law, the Court **ADOPTS** the R&R (Dkt. No. 12) and **DENIES** Plaintiff's Motion to Remand (Dkt. No. 3).

SIGNED this October 8, 2026

Rolando Olvera
United States District Judge